UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. 07-688 (RMU) |
| | ) |
| PETE GEREN | ) |
| Acting Secretary of the Army | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF SERVICE

Pursuant to the Civil Justice Expense and Delay Reduction Plan, plaintiff's counsel certifies under penalty of perjury that the complaint was served by mail summons by first class mail with proof of service by return receipt on April 27, 2007 for the Secretary of the Army. A copy of the postal return receipt card is attached as an Exhibit A.

May 14, 2007                                        Respectfully submitted,


                                                    a/s  John A. Wickham, DC Bar # 454863
                                                    32975 Saint Moritz Drive
                                                    Evergreen Co. 80439
                                                    303 670-3825



Plaintiff's Exhibit A