UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE S. EPSTEIN           )
                                       )
                                       )
       Plaintiff,               )
                                       )
       v.                     )   CA No. _07-688_ _(RMU)_____
                                       )
PETE GEREN                    )
Acting Secretary of the Army      )
                                       )
       Defendant.            )

---

## AFFIDAVIT OF SERVICE

---

       Pursuant to the Civil Justice Expense and Delay Reduction Plan, plaintiff's counsel certifies under penalty of perjury that the complaint was served by mail summons by first class mail with proof of service by return receipt on April 30, 2007 for the United States Attorney for the District of Columbia.   A copy of the postal return receipt card is attached as an Exhibit B.

May 14, 2007                         Respectfully submitted,

                                         a/s  John A. Wickham, DC Bar # 454863
                                       32975 Saint Moritz Drive
                                       Evergreen Co. 80439
                                       303 670-3825

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Taylor
US Attorney (Dist Col)
555 Fourth St. NW
Washington D.C.
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 3 0 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

EPSTEIN  V  GEREN  07-688

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN A. WICKHAM, ESQ.
32975 SAINT MORITZ DRIVE
EVERGREEN, CO 80439