UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. 07-688  (RMU) |
| | ) |
| PETE GEREN | ) |
| Acting Secretary of the Army | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF SERVICE

Pursuant to the Civil Justice Expense and Delay Reduction Plan, plaintiff's counsel certifies under penalty of perjury that the complaint was served by mail summons on April 30, 2007 for the Attorney General of United States.   A copy of the return receipt card is attached as an Exhibit C.

May 14, 2007                                       Respectfully submitted,

                                                                a/s  John A. Wickham, DC Bar # 454863
                                                                32975 Saint Moritz Drive
                                                                Evergreen Co. 80439
                                                                303 670-3825

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTNY GEN USA
DEPT JUSTICE
CIVIL DIVISION
10TH & CONSTITUTION NW
WASHINGTON DC
20530-0001

2. Article Number (Transfer from service label): 7006 2150 0005 2680 4138

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

EPSTEIN V GCREN 07-688

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Parks_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 30 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN A. WICKHAM, ESQ.
32975 SAINT MORITZ DRIVE
EVERGREEN, CO 80439