IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LAWRENCE S. EPSTEIN**<br>280 Park Avenue South #24<br>New York, NY 10010-6134<br><br>              **Plaintiff,**<br><br>     v.<br><br>**PETE GEREN**<br>**Acting Secretary of the Army**<br><br>              **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0688 (RMU) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Steven M Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780