IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PETE GEREN, )<br>Acting Secretary of the Army, )<br>)<br>    Defendant. )<br>_____ ) | Case Number: 1:07CV00688 (RMU) |

## PLAINTIFF'S CONSENT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff-Epstein moves with consent of defendant to establish a briefing schedule. This is an action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq,* and the military record correction statute*,* 10 U.S.C. §1552, challenging a decision of the Army Board For Correction of Military Records. The parties believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties' counsels have conferred over their respective schedules and any intervening personal circumstances, and propose the following briefing schedule:

    1. Defendant's Motion for Summary Judgment and submission of Administrative Record due by June 29, 2007;

    2. Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by August 17, 2007;

    3. Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition due by September 17, 2007;

    4. Plaintiff's Reply to Defendant's Opposition due October 1, 2007; and

  5. Further proceedings and pleadings in the case should be stayed until resolution of the parties' cross-motions for summary judgment.

  A proposed Order consistent with this Motion is attached.

               Respectfully submitted,

               a/s  John A. Wickham
               DC Bar 454863
               32975 Saint Moritz Drive
               Evergreen CO 80439
               303 670-3825
               Counsel for Larry Epstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE S. EPSTEIN**          ) | |
|                     ) | |
|     **Plaintiff,**          ) | |
|                     ) | |
|     v.          ) | Case Number: 1:07CV00688 (RMU) |
|                     ) | |
| **PETE GEREN,**          ) | |
| **Acting Secretary of the Army,**          ) | |
|                     ) | |
|     **Defendant.**          ) | |

## **ORDER**

Upon consideration of the Plaintiff's Consent Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that Plaintiff's Consent Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by June 29, 2007;

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by August 17, 2007;

**ORDERED** that Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by September 17, 2007;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due October 1, 2007; and

**ORDERED** that further proceedings are stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

                                                                         _____
                                                                         Ricardo M. Urbina
                                                                         United States District Judge

Copies to:
Counsel for Parties via ECF