IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 07-0688 (RMU) |
| | ) |
| PETE GEREN, | ) |
| Acting Secretary of the Army, | ) |
| | ) |
|       Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780