IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>PETE GEREN, )<br>Acting Secretary of the Army, )<br>  )<br>    Defendant. )<br>_____ ) | Case Number: 1:07CV00688 (RMU) |

### PLAINTIFF'S UNOPPOSED MOTION OF TIME, AND
### TO PROPOSE BRIEFING SCHEDULE

Plaintiff-Epstein moves for an extension of time of 60 days until October 17, 2007, to submit Plaintiff's Cross-Motion for Summary Judgment currently due August 17, 2007. Epstein also moves to re-establish the briefing schedule accordingly. Epstein's counsel conferred with defendant's counsel and he does not oppose this motion.

Grounds for Extension

Extraordinary cause exists to grant this motion. On July 20, 2007, Epstein's counsel was injured in an accident during an overnight camping trip. He underwent surgery to his right hand and arm, also involving multiple sutures, tetanus and morphine shots, antibiotics, etc. Followup treatment occurred in two weeks, Conifer Mountain Family Medicine, Colorado. This postponed a major brief due August 3 in Dolan v. United States, 07-166 (US Court Fed.Cl). However, counsel incurred medical complications from his injuries in early August. He returned for emergency treatment, and new sutures in his hand. Exempla Lutheran Medical Center, Denver. This again postponed the Dolan brief until August 13.

Secondly, this week counsel was unexpectedly required to jointly represent two Army officers on an emergency basis for next 30-40 days in a military criminal case. This requires counsel's substantial engagement to meet military-imposed deadlines, along with travel.

Due to the unanticipated events of a personal and professional nature, counsel believes a 60-day extension of time will be sufficient to complete Epstein's responsive brief by October 17. The extension will also avoid further piecemeal extensions. Counsel regrets any inconvenience caused the Court and opposing counsel.

Proposed briefing schedule

1. Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by October 17, 2007;

3. Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition due by November 19, 2007 (17th is a Saturday);

4. Plaintiff's Reply to Defendant's Opposition due December 4, 2007; and

5. Further proceedings and pleadings in the case should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

    Respectfully submitted,

    a/s   John A. Wickham
    DC Bar 454863
    32975 Saint Moritz Drive
    Evergreen CO 80439
    303 670-3825
    Counsel for Larry Epstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV00688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Acting Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of time, and to Propose a Briefing Schedule, and the entire record, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by October 17, 2007;

3. Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition due by November 19, 2007 (the 17th being a Saturday);

4. Plaintiff's Reply to Defendant's Opposition due December 4, 2007; and

**ORDERED** that further proceedings are stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

 _____
 Ricardo M. Urbina
 United States District Judge

Copies to:
Counsel for Parties via ECF