IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PETE GEREN, )<br>Acting Secretary of the Army, )<br>)<br>   Defendant. )<br>_____) | Case Number: 1:07CV00688 (RMU) |

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME AND TO PROPOSE BRIEFING SCHEDULE

   Plaintiff-Epstein moves for an extension of time of 31 days until Monday November 19, 2007, to submit Plaintiff's Cross-Motion for Summary Judgment and Opposition. It is currently due October 17, 2007. Opposing counsel consents to this extension of time.

Grounds for Extension

   Extraordinary cause exists to grant this motion. On September 24, 207, there was a death in counsel's extended family of his spouse, LTC Barbara Wickham. She was called to active duty through October to plan the funeral as an official Colorado state VIP memorial, in attendance the governor, State National Guard leadership, and dignitaries. This included TV/media coordination, helicopter flyovers, band, etc. The deceased was BG Felix Sparks, former Commanding General of the Colorado Guard, former State Supreme Court justice, and decorate WWII hero. In addition to the immediate family's request, counsel's spouse was called to do this planning because she is the Guard's existing "Project Officer" since 2005 to obtain BG Sparks' overdue WWII medal, the Distinguished Service Cross, the nation's second highest combat award— for his heroism during the 1945 Battle of the Bulge. Her additional duty is to expedite the approval process of the DSC

1

with the Office of the Secretary of the Army which is imminent, now posthumous.

During this time, counsel had to care full-time for his twin infants. Because plaintiff's second motion for extension for additional time is unusual, counsel cites to several internet links of press coverage of BG Sparks' funeral. This verifies the participation of counsel's spouse and the DSC. The first the news story of the funeral.[1] The second is the news story of the DSC effort.[2] Because of this motion, counsel regrets any inconvenience caused the Court and opposing counsel.

Proposed briefing schedule

1. Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by November 19, 2007;

3. Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition due by December 20, 2007;

4. Plaintiff's Reply to Defendant's Opposition due January 16, 2008 (due to Holidays); and

5. Further proceedings and pleadings in the case should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

a/s   John A. Wickham
DC Bar 454863
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825

---

[1] http://www.rockymountainnews.com/drmn/local/article/0,1299,DRMN_15_5713240,00.html

[2] http://www.rockymountainnews.com/drmn/local/article/0,1299,DRMN_15_5408823,00.html

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV00688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Acting Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of time, and to Propose a Briefing Schedule, and the entire record, it is hereby

**ORDERED** that Plaintiff's Consent Motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by November 19, 2007;

Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition due by December 20, 2007;

Plaintiff's Reply to Defendant's Opposition due January 16, 2008; and

**ORDERED** that further proceedings are stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

_____
Ricardo M. Urbina
United States District Judge

Copies to:
Counsel for Parties via ECF