IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE S. EPSTEIN**  )<br>)<br>   **Plaintiff,**  )<br>)<br>   v.  )<br>)<br>**PETE GEREN,**  )<br>**Acting Secretary of the Army,**  )<br>)<br>   **Defendant.**  )<br>_____) | Case Number: 1:07CV00688 (RMU) |

**PLAINTIFF'S MOTION TO EXTEND TIME, AND FOR
LEAVE TO SUBMIT BRIEF *AMICUS CURIAE*, AND
TO PROPOSE BRIEFING SCHEDULE**

Plaintiff-Epstein moves for a final extension of time of 8 days until November 27, 2007, to submit Plaintiff's Cross-Motion for Summary Judgment currently due November 19. Epstein also moves for leave to extend time until November 27, 2007, to propose a brief *amicus curiae* by the Jewish War Veterans of the United States of America [JWV-USA]. And Epstein moves to accordingly re-establish the briefing schedule. Epstein's counsel contacted the office of defendant's counsel and requested their position on November 19. However due to the Thanksgiving Holiday, he apparently may be out of the office.

Grounds for Extension

Good cause exists to grant this motion. Epstein's counsel had an adverse reaction last week after his family's flu shots, involving fever and part-time work schedule. Counsel has twin infants under age 5, and so counsel was required their shots as well. Secondly, this delayed counsel's final coordination with the proposed *amicus* party JWV-USA. That organization's counsel was unable to coordinate approval of the brief with its National Commander who is visiting with American

1

troops during the Thanksgiving Holiday. He will be unavailable until Monday November 26. Epstein's complaint already indicates that the JWV-USA in November 2006 filed a press release in support of the case, and noted it was considering an *amicus* brief. Compl. ¶¶ 39-40.

Proposed briefing schedule

1.  Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by November 27, 2007;

3. Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition due by January 8, 2008 (due to Holiday season);

4. Plaintiff's Reply to Defendant's Opposition due January 22, and

5. Further proceedings and pleadings in the case should be stayed until resolution of the parties' dispositive motions for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

a/s   John A. Wickham
DC Bar 454863
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825
Respectfully submitted,
Counsel for Larry Epstein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV00688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Acting Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Plaintiff's Motion to Extend Time, and for Leave to Submit Brief *Amicus Curiae*, and to Propose a Briefing Schedule, and the entire record, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by November 27, 2007; and that Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition are due by January 8, 2008; and that Plaintiff's Reply to Defendant's Opposition is due January 22, and it is further

**ORDERED** that further proceedings are stayed until resolution of the parties' motions for summary judgment.

Dated this _____ day of _____, 2007.

_____
Ricardo M. Urbina
United States District Judge

Copies to:
Counsel for Parties via ECF