IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 07-0688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION FOR *PRO HAC VICE*
ADMISSION OF ALLEN E. FALK

Pursuant to LCvR 83.2(d), John A. Wickham, a member in good standing of the Bar of this Court, moves for admission of Allen E. Falk, Esquire, to appear p*ro hac vice* in this proceeding in a limited capacity as *amicus curiae* (on brief) as counsel for the Jewish War Veterans of the United States of America [JWV]. Opposing counsel was contacted and defendant does not oppose this motion.

On November 27, 2007, proposed *amicus curiae* JWV through its counsel Mr. Falk submitted through the Court's general e-mail box, an unopposed motion for leave to file a brief and attached the brief. On November 29, the clerk's office, Ms. Nicole Wilkins, responded that although Mr. Falk was admitted to the D.C. Bar he was not admitted to the Bar of this Court. Mr. Falk replied that he would seek *amicus curiae* admission pro hac vice. The e-mail submitted through the Court's general e-mail box (motion for leave) remains pending.

In support of this unopposed motion, attached is the declaration of Allen E. Falk that certifies he is: (1) National Judge Advocate for Jewish War Veterans of the United States of America, as well as a partner in the law firm of Healy & Falk, Attorneys at Law, and is a resident of that office in New Jersey; (2) is a member in good standing in the courts of the state of New Jersey, New York, the District of Columbia, the U.S. Court of Veterans Appeals, and U.S. Court of Appeals for Federal Circuit. (3) in his 39 years of law practice has never been disciplined by any bar; and (4) has not sought to appear *pro hac vice* in this Court within the last two years.

WHEREFORE, good cause having been shown, it is respectfully requested that this Motion be granted.

| | |
|---|---|
| Allen E. Falk, Esq. | /s/  John A. Wickham |
| National Judge Advocate | DC Bar 454863 |
| Jewish War Veterans  of the United States of America | 32975 Saint Moritz Drive |
| Healy & Falk, Attorneys at Law | Evergreen CO 80439 |
| P.O. Box #70, 569 Highway 36 | 303 670-3825 |
| Belford N.J. 07718 | Fax 670-1586 |
| 732 495-1200 phone | |
| 732 495-5329 fax | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE S. EPSTEIN )
)
    Plaintiff, )
)
v. ) Case Number: 07-0688 (RMU)
)
PETE GEREN, )
Secretary of the Army, )
)
    Defendant. )

DECLARATION OF ALLEN E. FALK
IN SUPPORT OF *PRO HAC VICE* MOTION

Allen E. Falk, hereby declares that:

1. I am a partner in the law firm of Healy and Falk, Attorneys at Law, P.O. Box #70, 569 Highway 36, Belford New Jersey, 07718, Phone: 732 495-1200. I also reside in New Jersey.

2. I also serve as the National Judge Advocate for Jewish War Veterans of the United States of America [JWV]. In this case, I also serve *pro bono.*

3. I have been admitted to practice and remain in good standing in the following states and courts: New Jersey, New York, the District of Columbia, the U.S. Court of Veterans Appeals [COVA], and U.S. Court of Appeals for Federal Circuit. I have appeared occasionally before the COVA but do not have an office in D.C.

4. In my 39 years of practice, I have never been suspended, disciplined or disbarred in any court or jurisdiction.

5. I have not moved within the last two years for my admission to appear *pro hac vice* to the bar of the U.S. District Court for the District of Columbia.

6. The JWV and myself are well-versed with the factual and legal issues in this case. In 1993 in this matter the JWV supported in a press release, LTC Lawrence Epstein's then Army agency appeal to remove his Office Evaluation Report (1990-1991)[before Officer Special Review Board]. My involvement began in 2006 when the JWV reviewed the status then case file to date. The JWV issued another statement of support of his federal court appeal. Because of the larger

1

policy issues at stake in the military's anti-discrimination policies, the JWV at that time also considered favorably a limited participation on brief only as *amicus curiae.*

7.  Related to this motion for *pro hac vice* admission is that on November 27, 2007 the following occurred: the JWV through myself as its National Judge Advocate, submitted through the Court's general e-mail box, an unopposed motion for leave to file an *amicus curiae* brief, and attached the brief, and raft order. However, I misunderstood the *amicus* guidance from the ECF Help Line Desk, that while admitted to several other states to practice law (including DC), I had to be admitted to the Bar of this Court.

8.  I have now associated myself for procedural purposes with Mr. John A. Wickham, who will advise me concerning the rules of practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2007

Allen E. Falk, Esq.
National Judge Advocate
Jewish War Veterans of the United States of America
(Healy & Falk, Attorneys at Law)
P.O. Box # 70, 569 Highway 36
Belford N.J. 07718
732 495-1200 phone
732 495-5329 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV00688 (RMU) |
| | ) |
| PETE GEREN, | ) |
| Acting Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING *PRO HAC VICE* ADMISSION OF ALLEN E. FALK

Upon consideration of the unopposed motion for the *pro hac vice* admission of Allen E. Falk, sponsored by John A. Wickham who is a member in good standing of the Bar of this Court, and the accompanying Declaration of Allen E. Falk, and the entire record, it is hereby

ORDERED that the motion is granted and Allen E. Falk is admitted pro hac vice.


SO ORDERED

Dated this _____ day of _____, 2007.


_____
Ricardo M. Urbina
United States District Judge


Copies to:
Counsel for Parties via ECF