IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV 0688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Acting Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE AN OPPOSITION TO PLAINTIFF'S CROSS-MOTION
FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S OPPOSITION**

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. The parties originally proposed a joint-briefing schedule for cross-motions for summary judgment, which was adopted by this Court. Defendants now respectfully move this Court for an eight day enlargement of time through and including January 16, 2008, within which to file Defendant's Opposition to Plaintiffs Cross-Motion for Summary Judgment and Reply to Plaintiffs Opposition Motion for Summary Judgment. Good cause exists to grant this motion:

1. Agency Counsel for the Army, Captain Kevin McCart, who was significantly assisting with this case separated from military service on December 23, 2007. As a result, defense counsel is working with agency counsel for the Army who is unfamiliar with the case and the record.

2. Defense's counsel's infant son was admitted to the hospital for the last week of

December 2007. While his son is now out of the hospital and recovering, Defense counsel has other deadlines that were extended during his emergency absence.

    3. The Jewish War Veterans filed an Amicus Brief on November 27, 2007, which requires further review and analysis by the Defendant.

    4. Both parties consent to this enlargement.

    5. Granting this Motion will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to file an Opposition to Plaintiffs Cross-Motion for Summary Judgment and Reply to Plaintiffs Opposition Motion for Summary Judgment. A proposed Order is included with this Motion.

    Respectfully submitted,

    _____/s_____
    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney

    _____/s_____
    RUDOLPH CONTRERAS D.C. Bar #  434122
    Assistant United States Attorney

    _____/s_____
    BRIAN C. BALDRATE
    Special Assistant U.S. Attorney
    555 Fourth Street, N.W.,
    Washington, D.C. 20530
    (202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN       )<br>                                                  )<br>     Plaintiff,                        )<br>                                                  )<br>     v.                                    )<br>                                                  )<br>PETE GEREN,                       )<br>Acting Secretary of the Army,  )<br>                                                  )<br>     Defendant.                    )<br>_____) | Case Number: 1:07CV 0688 (RMU) |

### ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment.

Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of

_____, 20___ hereby

**ORDERED** that Defendant's Motion for Enlargement of Time Within Which to file an

Opposition to Plaintiffs Cross-Motion for Summary Judgment and Reply to Plaintiffs Opposition

Motion for Summary Judgment is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion shall be due on January 16, 2008.

**SO ORDERED**.

                                                                    _____
                                                                    Ricardo M. Urbina
                                                                    United States District Judge

Copies to:
Parties via ECF