IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PETE GEREN, )<br>    Secretary of the Army, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 07-0688 (RMU) |

# PLEASE SEE DOCKET ENTRY # 23
# FOR DUPLICATE IMAGE