IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE S. EPSTEIN            )
                              )
        Plaintiff,            )
                              )
        v.                    )        Case Number: 1:07CV00688 (RMU)
                              )
PETE GEREN,                   )
Acting Secretary of the Army, )
                              )
        Defendant.            )

<u>PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME</u>

Plaintiff-Epstein moves for an extension of time of 21 days until February 14, 2008 to file his reply to defendant's opposition to Epstein's cross-motion for summary judgment.   Defendant filed its opposition after an extension on January 16, 2008.  According to the prior briefing schedule, Epstein's reply was originally due on January 16, 2008, or 27 days after defendant's original file date for its opposition on December 21, 2007.  Epstein's counsel conferred with defendant's counsel and he consents to this motion, as well as *amicus* counsel.


<u>Grounds for Extension</u>

Extraordinary cause exists to grant this motion.  Counsel's is scheduled next week to have neurosurgerical treatment, followed by physical therapy, to his arm after worsening pain and immobility from nerve damage arising from an injury this past Summer.  Last week, an MRI and testing showed the condition worsening.  Counsel has constant pain, and incurs difficulty using the arm (i.e., this motion was dictated to his paralegal).  Counsel can provide verifying medical information if necessary.   Counsel has been informed that he will recover sufficiently to complete the brief by February 14, 2008.

1

This motion was not submitted within this Court 5-day advance rule for extensions for the following reasons:  the modifications to the original briefing schedule allowing 27 days to reply, and secondly, and counsel's recent illness

This extension will not delay any other proceedings.   A proposed Order consistent with this Motion is attached.


                              Respectfully submitted,


                              a/s   John A. Wickham
                              DC Bar 454863
                              32975 Saint Moritz Drive
                              Evergreen CO 80439
                              303 670-3825
                              Counsel for Larry Epstein

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE S. EPSTEIN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case Number: 1:07CV00688 (RMU)** |
| | ) |
| **PETE GEREN,** | ) |
| **Acting Secretary of the Army,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## <u>ORDER</u>

Upon consideration of Plaintiff's Consent Motion for Extension of time, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment is due by February 14, 2008, and it is further

**ORDERED** that proceedings are stayed until resolution of the parties' cross-motions for summary judgment.


Dated this _____ day of _____, 2008.


_____
Ricardo M. Urbina
United States District Judge

Copies to:
Counsel for Parties via ECF