IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV00688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Acting Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION OF *AMICUS CURIAE* FOR LEAVE
TO SUBMIT REPLY BRIEF AND EXTENSION OF TIME**

The Jewish War Veterans of the United States of America [JWV], by their undersigned counsel, Allen E. Falk, moves for leave and for a 22-day extension of time until 15 February 2008, to submit a reply brief to defendant's opposition to JWV's *amicus* brief that was in support of Epstein cross-motion for summary judgment.  JWV counsel was admitted *pro hac vice*.  JWV counsel conferred with Epstein's counsel who consents.  On behalf of JWV, Epstein's counsel conferred with defendant's counsel who also consents.

Grounds for Motion

JWV has already established in its prior admission as *amicus curiae* that it offers a unique legal and historical perspective that does repeat the plaintiff's argument.  LTC Epstein has now moved for a 21-day enlargement to reply by February 14, 2008, to defendant's opposition to Epstein's cross-motion for summary judgment.  In light of JWV's support for Epstein claim, and defendant's opposition to JWV's *amicus* filing, the JWV respectfully requests an extension to

review LTC Epstein's pleading at least one day prior to the *amicus* proposed reply on 15 February.

WHEREFORE, proposed *amicus curiae* respectfully request that this Court grant leave and extension of time to file a reply brief in support of plaintiff LTC Larry Epstein.

/s/  Allen E. Falk, Esq.
(admitted *pro hac vice*)*
National Judge Advocate,
Jewish War Veterans  of the United States of America
Healy & Falk, Attorneys at Law
P.O. Box # 70, 569 Highway # 36
Belford N.J. 07718
732 495-1200 phone
732 495-5329 fax
HealyFalk@aol.com

* moved *pro hac vice*
John A. Wickham
DC Bar 454863
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> PETE GEREN,  )<br> **Acting Secretary of the Army,**  )<br>  )<br>   Defendant.  )<br> _____ ) | Case Number: 1:07CV00688 (RMU) |

### ORDER

Upon consideration of a consent motion by *amicus curiae* Jewish War Veterans for leave to file a reply brief and extension until February 15, 2008, in response to defendant's opposition, and the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that a reply brief by *amicus curiae* shall be filed by February 15, 2008.

Dated this _____ day of _____, 2008.

_____
Ricardo M. Urbina
United States District Judge

Copies to:
Counsel for Parties via ECF