IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE S. EPSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 07-0688 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**REPLY BRIEF *AMICUS CURIAE* OF THE JEWISH WAR
VETERANS TO DEFENDANT'S OPPOSITION**

    This reply brief is submitted on behalf of the JWV by its National Judge Advocate in response to defendant's objections to JWV positions. Defendant's opposition was contained within defendant's opposition to Epstein's cross-motion for summary judgment.

    A review of Epstein's reply brief shows that he agreed with and then incorporated the arguments of JWV by addressing defendant's objections thereto. The JWV is mindful of the Court's timetable in this case. In the interests of expediency, the JWV concurs with the reply arguments indirectly made on its behalf in Epstein's reply brief.

    The JWV reasserts its position that it supports LTC Epstein's claim, and that the Court should grant relief in favor of Plaintiff by setting aside his adverse OER for the period ending March 1991.

    Respectfully submitted,

    a/s Allen E. Falk, Esq.
    (admitted *pro hac vice*)
    National Judgment Advocate
    Jewish War Veterans of the United States of America
    Healy & Falk, Attorneys at Law
    P.O. Box #70, 569 Highway #36
    Belford, NJ 07718
    732 495-1200
    HealyFalk@aol.com