UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE S. EPSTEIN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-0688 (RMU) |
| | : | |
| v. | : | Document Nos.: 7, 18 |
| | : | |
| PETE GEREN, | : | |
| In his Official Capacity of Acting | : | |
| Secretary of the U.S. Army, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING IN PART AND DENYING IN PART THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 25th day of March, 2008, it is hereby

**ORDERED** that the defendant's motion for summary judgment is **GRANTED** in Part and **DENIED** in Part. Judgment is granted to the defendant on the issue of whether the Army Board for Correction of Military Record's ("ABCMR") decision concluding that the plaintiff's rater was not disqualified from serving as the plaintiff's rater is without substantial evidence or contrary to law;

**FURTHER ORDERED** that the plaintiff's motion for summary judgment is **GRANTED** in Part and **DENIED** in Part. Judgment is granted to the plaintiff on the issue of whether the ABCMR's decision is arbitrary and capricious because it did not address whether the plaintiff's Officer Evaluation Report should have been treated as a relief-for-cause report and whether, consequently, the plaintiff was denied due process protections. The court remands the

case to the ABCMR for consideration of this issue.

**SO ORDERED**.

                                                 RICARDO M. URBINA
                                           United States District Judge